01/2012

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE: )
    **Shonaree L. Jones** ) Case No. **19-10020**
 ) Chapter **13**
 )
Debtor(s) )

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re:    **Amended Schedules A/B, C, Form 107 Statement of Financial Affairs**
    (Specify Document)

I (We), **Shonaree L. Jones** and , the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed the Amended Schedule A/B, C and Form 107 Statement of Financial Affairs being filed simultaneously with this Declaration and that the information therein is true and correct.

**Shonaree L. Jones**
Printed or Typed Name of Debtor or Other Person      Printed or Typed Name of Joint Debtor

_/s/ Shonaree L. Jones_
Signature of Debtor or Other Person      Signature of Joint Debtor

**March  5, 2025**
Date      Date